IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-6473 |
| | : | |
| JUANA GONZALEZ | : | |

### ORDER

AND NOW, this 27th day of March, 2017, upon consideration of Plaintiff the United States of America's Motion for Service by Posting Property and Certified Mail and the exhibits in support thereof, and it appearing to the Court that the Government has made a good faith effort to locate Defendant Juana Gonzalez and has undertaken practical efforts to serve Gonzalez under the circumstances, and that the proposed alternative method of service is reasonably calculated to provide Gonzalez with notice of this action, it is ORDERED the Motion (Document 2) is GRANTED.[1]  The Government shall be permitted to effectuate service upon Gonzalez by

---

[1] The Government asserts it attempted to serve Gonzalez by private process server at her last known address.  The process server reported she attempted service three times over a period of five days, once in the morning, once in the afternoon, and once in the evening.  During one of her service attempts, the process server left a card on the door of the property, which was later removed with no response.  The process server also reported she heard music playing inside of the property during her second service attempt.  The volume of the music increased when she started knocking, but whoever was inside refused to answer the door.  Finally, the process server noted she observed mail at the property addressed to Gonzalez.  *See* Pl.'s Mot., Ex. A.

The Government further asserts it made a good faith effort to locate Gonzalez through an investigation that included an inquiry of postal authorities and searches of local directories, credit bureau reports, Social Security Administration death records, employment records, business records, motor vehicle records, drivers' license records, professional license records, military records, and prison records.  *See* Pl.'s Mot., Exs. 1 & B.  The Government's efforts to locate Gonzalez also include making several telephone inquiries to possible relatives and neighbors, and attempting to contact Gonzalez by telephone on several occasions, including one occasion when a "female answered and said 'no habla' and 'who is this,'" and proceeded to hang up.  *See id.*, Ex. B.

Given the extent of the Government's investigation and attempts to personally serve Gonzalez, who appears to have been evading service, the Court finds the Government has made sufficient efforts to locate and personally serve Gonzalez.  *See United States v. Cassel*, No. 12-

posting a copy of the Summons and Complaint at Gonzalez's last known address, 1607 E. Hunting Park Avenue, Philadelphia, PA 19124, and by mailing a copy of the Summons and Complaint by certified and regular mail to the same address.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

784, 2013 WL 2495145, at *2 (E.D. Pa. June 11, 2013) (holding government made sufficient efforts to locate and serve defendant by making inquiries of postal authorities, possible relatives and neighbors, voter registration records, local telephone directories, motor vehicle records, death records, drivers' license records, business records, and professional license records, and by hiring a private process server, who attempted service at the defendant's last known address on three separate occasions over a two-day period).