UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>JUANA GONZALEZ,<br>Defendant | No. 16-06473 |
|---|---|

### DEFAULT JUDGMENT

AND NOW, this __9th__ day of __May__, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Thursday, December 15, 2016 and, after due service of process on Defendant, JUANA GONZALEZ, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, JUANA GONZALEZ, in the amount of $7,744.58. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date:  May 9, 2017

                                        Clerk, United States District Court
                                        EasternDistrict of Pennsylvania

                                 By:    __s/ Terry Milano__
                                           Deputy Clerk